ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
20 AUG 10 PM 3: 16

DEPUTY CLERK _____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4-20CR-205-P |
| THOMAS CHARLES VACHE (01) | |

# INFORMATION

The United States Attorney Charges:

### Count One
### Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1))

On or about March 15, 2017, in the Fort Worth Division of the Northern District of Texas, defendant **Thomas Charles Vache** did knowingly receive any child pornography using any means and facility of interstate and foreign commerce, including a computer.

Specifically, **Vache** used the Internet to receive the following described file depicting child pornography, as defined in 18 U.S.C. § 2256(8)(A):

| File | Description of the image |
|---|---|
| Zoia_[Redacted] | This video file depicts two prepubescent nude females on a bed. The video zooms on the exposed vaginas of the females in a lewd and lascivious manner. |

In violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

ERIN NEALY COX
UNITED STATES ATTORNEY

*/s/ B Wade*

BRANDIE WADE
Assistant United States Attorney
State Bar of Texas No. 24058350
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.252.5455
E-mail: Brandie.Wade@usdoj.gov

Information – Page 2